IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03195-PAB-KLM

DENISE PALLUCK, and
LYNN BESHANY,

      Plaintiffs,

v.

BBVA COMPASS INSURANCE AGENCY, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Unopposed Motion to Modify the Scheduling Order to Extend Deadline to Extend [sic] the Discovery Cut-Off** [#38][1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. The Scheduling Order entered on May 6, 2014 [#23] is amended to extend the discovery cut-off to **February 20, 2015**, for the limited purpose of allowing Plaintiffs to depose Defendant's Fed. R. Civ. P. 30(b)(6) designee.

      Dated: February 10, 2015

---

[1] "[#38]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.