IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03195-PAB-KLM

DENISE PALLUCK, and
LYNN BESHANY,

      Plaintiffs,

v.

BBVA COMPASS INSURANCE AGENCY, INC.,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion to Modify the Scheduling Order to Extend Deadline to File Dispositive Motions and Shorten Deadline to file Replies in Support Thereof** [#43][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#43] is **GRANTED**. The Scheduling Order entered on May 6, 2014 [#23] and amended on February 10, 2015 [#41], is further modified to extend the following deadline:

- Dispositive Motions Deadline            **March 13, 2015**

IT IS FURTHER **ORDERED** that any party responding to a dispostive motion shall file its response to the dispositive motion **on or before April 3, 2015**.

IT IS FURTHER **ORDERED** that any party who files a dispositive motion shall file its reply in further support of the dispositive motion **on or before April 13, 2015**.

Dated: March 9, 2015

---

[1] "[#43]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.